IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| HEATHER PRINKEY, Individually and on Behalf of All Others Similarly Situated,<br><br>　Plaintiff,<br><br>v.<br><br>PURPLE LAND MANAGEMENT, L.L.C.,<br><br>　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§   Civil Action No. 4:20-cv-00361-P<br>§<br>§<br>§<br>§<br>§ |

## ORDER STRIKING CLASS ALLEGATIONS

"Federal Rule of Civil Procedure 23(c)(1)(A) commands that a district court must determine whether to certify the action as a class action '[a]t an early practicable time after a person sues or is sued as a class representative.' Many courts have adopted local rules, such as [Local] Rule 23.2, to effectuate this command." *Harper v. Am. Airlines, Inc.*, No. 4:09-CV-318-Y, 2009 WL 4858050, at *1 (N.D. Tex. Dec. 16, 2009) (Means, J.) (collecting cases). As the case above notes, this Court adopted Local Rule of Civil Procedure 23.2, which serves to define the "practicable time" referenced in Federal Rule 23(c). *See id*. Rule 23.2 provides that "[w]ithin 90 days of filing a class action complaint, or at such other time as the presiding judge by order directs, an attorney for the plaintiff *must* move for certification." (emphasis added).

Heather Prinkey filed in the Western District of Pennsylvania on January 17, 2020. ECF No. 1. The case was then transferred to this Court on April 21, 2020. ECF No. 30. Thus, Prinkey became subject to Local Rule 23.2 on April 21, 2020. *See Harper*, 2009 WL 4858050, at *4. Counting 90 days from the date of transfer, Prinkey's motion for class certification was due on July 20, 2020. As of this Order's issuance, over 90 days after the 90-day deadline, Prinkey has yet

to move for class certification. Although the Court put out a standard class action Meet and Confer order, nothing in that Order absolved the parties of complying with Rule 23.2's 90-day class certification deadline. ECF No. 47. Thus, this Court **STRIKES** Prinkey's class action allegations due to her failure to comply with Rule 23.2.

    **SO ORDERED** on this **21st day** of **October, 2020.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE