# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| HEATHER PRINKEY, Individually and for Others Similarly Situated,<br><br>v.<br><br>PURPLE LAND MANAGEMENT, L.L.C. | Case No. 4:20-cv-00361-P |

**STIPULATED DISMISSAL WITHOUT PREJUDICE IN FAVOR OF ARBITRATION**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Heather Prinkey, individually and on behalf of all others similarly situated, by and through her undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant Purple Land Management, L.L.C., with each party to pay her/its own fees and costs. Defendant Purple Land Management, L.L.C. agrees to this stipulation and consents to the dismissal by and through its counsel of record.

The Parties have entered into an agreement to arbitrate the claims at issue and therefore stipulate to the dismissal of this matter without prejudice in favor of arbitration.

Date: July 28, 2021

Respectfully submitted,

*/s/ Christopher E. Stoy*
**Christopher E. Stoy**
State Bar No. 24075125
**STOY LAW GROUP, PLLC**
505 Pecan Street, Suite 101
Fort Worth, Texas 76102
(817) 820-0100 – Telephone
(817) 820-0111 – Facsimile
cesservice@hsjustice.com

**Andrew W. Dunlap**
Texas Bar No. 24078444
adunlap@mybackwages.com
**Carl A. Fitz**
Texas Bar No. 24105863
cfitz@mybackwages.com
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza Suite 3050
Houston, Texas 77046
Telephone: 713-352-1100
Facsimile: 713-352-3300

**Richard (Rex) Burch**
Texas Bar No. 24001807
rburch@bucknerburch.com
**BRUCKNER BURCH PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone: 713-877-8788
Facsimile: 713-877-8065

**COUNSEL FOR PLAINTIFFS**


*/s/ David R. Schlottman**
*Signed with Permission

Jay K. Rutherford
Texas Bar No. 17451200
**Jackson Walker LLP**
777 Main Street, Ste. 2100
Fort Worth, Texas 76102
(817) 334-7246
(817) 870-5146 fax
jrutherford@jw.com

David R. Schlottman
Texas Bar No. 24083807
Sara K. Harris
Texas Bar No. 24077389
**Jackson Walker LLP**
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
214-953-6074
214-661-6840 fax
dschlottman@jw.com

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

On July 28, 2021, I served this document by ECF electronic filing on all known parties in accordance with the Federal Rules of Civil Procedure.

*/s/ Christopher E. Stoy*
**Christopher E. Stoy**