# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **HEATHER PRINKEY, Individually and on Behalf of All Others Similarly Situated,** | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:20-cv-00361-P |
| **PURPLE LAND MANAGEMENT, L.L.C.,** | § § § § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Joint Stipulated Dismissal Without Prejudice in Favor of Arbitration. Having reviewed the Stipulation, the Court finds that Plaintiff's claims should be and hereby are **DISMISSED without prejudice.**

**SO ORDERED** on this **28th day** of **July, 2021.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE