IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| HEATHER PRINKEY, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>PURPLE LAND MANAGEMENT, L.L.C.,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§   Civil Action No. 4:20-cv-00361-P<br>§<br>§<br>§<br>§<br>§ |

# FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a). In accordance with the Order this case (ECF No. 53):

It is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's claims are **DISMISSED without prejudice.**

The Clerk shall transmit a true copy of this Final Judgment to the parties

**SO ORDERED** on this **28th day** of **July, 2021.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE